UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

State of Minnesota, City of Minneapolis, and City of St. Paul,

Defendants.

Case No. 0:26-cv-04123 (KMM/DLM)

**DEFENDANTS CITY OF MINNEAPOLIS' AND CITY OF SAINT PAUL'S JOINT MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

---

Defendants City of Minneapolis and City of Saint Paul (collectively, the "Cities") hereby jointly move the Court to dismiss the Complaint, ECF No. 1, as against the Cities pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6). Alternatively, the Cities jointly move the Court to enter summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56. The grounds for this combined Motion are set for the in the accompanying Memorandum of Law.

Dated: November 10, 2026

MINNEAPOLIS CITY ATTORNEY'S OFFICE
Kristyn Anderson, City Attorney

By*/s/ Antonia Konkoly*
ANTONIA KONKOLY (0504377)
HEATHER ROBERTSON (0390470)
MICHAEL BREY (398620)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2548

(612) 299-2742
(612) 673-2020
toni.konkoly@minneapolismn.gov
heather.robertson@minneapolismn.gov
michael.brey@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*

IRENE KAO
Saint Paul City Attorney

*/s/ Aaron Winter*
AARON WINTER (0390914)
ALEXANDER HSU (0399275)
*Assistant City Attorneys*
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN 55102
(651) 266-8781
(651) 266-8769
aaron.winter@ci.stpaul.mn.us
alexander.hsu@ci.stpaul.mn.us

*Attorneys for Defendant City of Saint Paul*