UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

State of Minnesota, City of Minneapolis, and City of St. Paul,

Defendants.

Case No. 0:26-cv-04123 (KMM/DLM)

**LR 7.1 WORD COUT CERTIFICATE COMPLIANCE**

---

I, Antonia Konkoly, certify that the Memorandum of Law in Support of Defendants City of Minneapolis and City of Saint Paul's Joint Motion to Dismiss or in the Alternative for Summary Judgment complies with the type-volume limitations of D. Minn. Local Rule 7.1(f) and the type-size limitation of D. Minn. Local Rule 7.1(h). The Memorandum has a total of 10,218 words in Garamond font size 13, which includes all text, headings, footnotes, and quotations in the word count. It was prepared using Microsoft Word for Microsoft 365 Enterprise (Version 2408).

Dated: November 10, 2026

MINNEAPOLIS CITY ATTORNEY'S OFFICE
Kristyn Anderson, City Attorney

By */s/ Antonia Konkoly*
ANTONIA KONKOLY (0504377)
HEATHER ROBERTSON (0390470)
MICHAEL BREY (398620)
Assistant City Attorneys
350 South Fifth Street, Room 210
Minneapolis, MN 55415

(612) 673-2548
(612) 299-2742
(612) 673-2020
toni.konkoly@minneapolismn.gov
heather.robertson@minneapolismn.gov
michael.brey@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*

IRENE KAO
Saint Paul City Attorney

*/s/ Aaron Winter*
AARON WINTER (0390914)
ALEXANDER HSU (0399275)
*Assistant City Attorneys*
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN 55102
(651) 266-8781
(651) 266-8769
aaron.winter@ci.stpaul.mn.us
alexander.hsu@ci.stpaul.mn.us

*Attorneys for Defendant City of Saint Paul*