UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs.

State of Minnesota, City of Minneapolis, and City of St. Paul,

Defendants.

Civil File No. 26-cv-04123 (KMM/DLM)

**DEFENDANT MINNESOTA'S MOTION FOR A MORE DEFINITE STATEMENT**

To: PLAINTIFF United States of America, The Administrator of the Above-Named Court and All Counsel of Record.

Defendant State of Minnesota moves the Court for a more definite statement of Plaintiff's Complaint. This motion is made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: November 10, 2026

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Christy L. Hall**
CHRISTY L. HALL
Special Counsel
Atty. Reg. No. 0392627

MARA SYBESMA
Special Counsel
Atty. Reg. No. 0403770

LINDSEY E. MIDDLECAMP
Special Counsel
Atty. Reg. No. 0392589

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 300-1558 (Voice)
(651) 282-5832 (Fax)
Christy.Hall@ag.state.mn.us

*Attorneys For Defendant*
*State Of Minnesota*

|#6498596-v1